**SCOTT ERIK ASPHAUG, OSB #833674**
Acting United States Attorney
District of Oregon
**WILLIAM M. McLAREN, OSB #143836**
Assistant United States Attorney
William.McLaren@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

### UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:21-mj-00196 |
| v. | **GOVERNMENT'S UNOPPOSED MOTION TO UNSEAL CASE** |
| **ADRIAN MACHADO HERNANDEZ,** | |
| **Defendant.** | |

The United States of America hereby moves this Court for an order unsealing the above-captioned case. The United States respectfully requests that the Complaint filed on October 08, 2021 remain sealed pending further notice by the parties.

Dated: October 22, 2021         Respectfully submitted,

                                SCOTT ERIK ASPHAUG
                                Acting United States Attorney

                                /s/ William M. McLaren
                                WILLIAM M. McLAREN, OSB #143836
                                Assistant United States Attorney